# EXHIBIT B

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 117679 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Richard A. Jones<br>FIRM NAME: Law Offices of Richard A. Jones<br>STREET ADDRESS: 1820 E 17th St.<br>CITY: Santa Ana    STATE: CA    ZIP CODE: 92705<br>TELEPHONE NO.: 714-480-0200    FAX NO.: 714-480-0423<br>E-MAIL ADDRESS: melinda@ricjoneslegal.com<br>ATTORNEY FOR (Name): David DeHate | | **FILED**<br>Superior Court of California<br>County of Riverside<br>11/4/2019<br>D. Romo<br>Electronically Filed |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS:
CITY AND ZIP CODE: Murrieta, CA 92563
BRANCH NAME: Southwest Justice Center

Plaintiff/Petitioner: David DeHate
Defendant/Respondent: Lowe's Companies, Inc., et al.

| REQUEST FOR DISMISSAL | CASE NUMBER:<br>MCC1901302 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☒ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name): ____ on (date): ____
      (4) ☐ Cross-complaint filed by (name): ____ on (date): ____
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other (specify):* Lowe's Companies, Inc. only

2. (Complete in all cases except family law cases.)
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 11/4/2019
Richard A. Jones
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
*Richard A. Jones* (SIGNATURE)

Attorney or party without attorney for:
☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    (SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

(To be completed by clerk)
4. ☒ Dismissal entered as requested on (date): **11/4/2019**
5. ☐ Dismissal entered on (date): ____ as to only (name):
6. ☐ Dismissal not entered as requested for the following reasons (specify):

7. a. ☒ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Date: ____    Clerk, by *D. Romo*, Deputy    Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code,
§ 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

CIV-110

| | |
|---|---|
| Plaintiff/Petitioner: David DeHate<br>Defendant/Respondent: Lowe's Companies, Inc., et al. | CASE NUMBER:<br>MCC1901302 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

**Declaration Concerning Waived Court Fees**

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*:   Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____        ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                         (SIGNATURE)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1820 E. 17th St., Santa Ana, CA 92705.

On November 4, 2019, I served the foregoing documents described as **REQUEST FOR DISMISSAL of LOWE'S COMPANIES, INC.** on all interested parties in this action by placing the true copies thereof in sealed envelopes addressed as follows:

Diana Rivera, Esq.
Tharpe & Howell, LLP
15250 Ventura Blvd.
Sherman Oaks, CA 91403
DRivera@tharpe-howell.com
Counsel for Defendant, Lowe's Home Centers, LLC

(XX) BY MAIL: I caused such envelope(s) to be deposited in the mail at Santa Ana, CA. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion for the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing in affidavit.

(XX)(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 4, 2019, at Santa Ana, California.

MELINDA SPAZIANO