# EXHIBIT D

CIV-050

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Richard A. Jones (SBN 117679) Law Offices of Richard A. Jones 1820 E. 17th Street Santa Ana, CA 92705 ATTORNEY FOR (name): David DeHate | TELEPHONE NO.: 714-480-0200 | FOR COURT USE ONLY |
|---|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside STREET ADDRESS: 30755-D Auld Road MAILING ADDRESS: CITY AND ZIP CODE: Murrieta, CA 92563 BRANCH NAME: Southwest Justice Center | | |
| PLAINTIFF: David DeHate DEFENDANT: Lowe's Home Centers, LLC, et al. | | |
| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: MCC1901302 | |

To (name of one defendant only): Lowe's Home Centers, LLC
Plaintiff (name of one plaintiff only): David DeHate
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [✓] Pain, suffering, and inconvenience ............................................................... $ 250,000
   b. [✓] Emotional distress. ............................................................................. $ 250,000
   c. [ ] Loss of consortium ............................................................................. $ _____
   d. [ ] Loss of society and companionship (wrongful death actions only) ............................... $ _____
   e. [ ] Other (specify) _____ $ _____
   f. [ ] Other (specify) _____ $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [✓] Medical expenses (to date) ................................................................. $ 22,000
   b. [✓] Future medical expenses (present value) .................................................... $ 50,000
   c. [✓] Loss of earnings (to date) .................................................................. $ 15,000
   d. [✓] Loss of future earning capacity (present value) ............................................ $ 150,000
   e. [ ] Property damage ............................................................................. $ _____
   f. [ ] Funeral expenses (wrongful death actions only) .............................................. $ _____
   g. [ ] Future contributions (present value) (wrongful death actions only) ........................... $ _____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ................ $ _____
   i. [✓] Other (specify) Expense incurred to complete construction project ............................ $ 5,200
   j. [ ] Other (specify) _____ $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: 12/17/19

Jarrick S. Goldhamer
(TYPE OR PRINT NAME)                                                     (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

RICHARD A. JONES, ESQ. (SBN 117679)
JARRICK S. GOLDHAMER, ESQ. (SBN 299638)
LAW OFFICES OF RICHARD A. JONES
ric@ricjoneslegal.com
1820 E. 17th Street
Santa Ana, California 92705
Telephone: 714-480-0200
Facsimile: 714-480-0423

Attorneys for Plaintiff:
DAVID DEHATE

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF RIVERSIDE – SOUTHWEST JUSTICE CENTER

| | |
|---|---|
| DAVID DEHATE<br><br>                    Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC; LOWE'S COMPANIES, INC.; JOSH DOE, and DOES 1-100<br><br>                    Defendants. | CASE NO:  MCC1901302<br><br>Assigned for All Purposes to :<br>Hon. Raquel A. Marquez<br>Dept.: S303<br><br>**PROOF OF SERVICE**<br><br>DATE FILED: 10/18/2019<br>TRIAL DATE: |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1820 E. 17th St., Santa Ana, CA 92705.

On December 17, 2019, I served the foregoing documents described as **STATEMENT OF DAMAGES** on all interested parties in this action by placing the true copies thereof in sealed envelopes addressed as follows:

Stephanie Forman, Esq.
Diana Rivera, Esq.
Tharpe & Howell, LLP
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, CA 91403
DRivera@tharpe-howell.com
SForman@tharpe-howell.com
Counsel for Defendant, Lowe's Home Centers, LLC

1

1
2  (XX) BY MAIL: I caused such envelope(s) to be deposited in the mail at Santa Ana, CA. The
3  envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's
   practice of collection and processing correspondence for mailing. Under that practice it would
4  be deposited with U.S. postal service on that same day with postage thereon fully prepaid at
5  Santa Ana, California in the ordinary course of business. I am aware that on motion for the party
6  served, service is presumed invalid if postal cancellation date is more than one day after date of
7  deposit for mailing in affidavit.
8
9  (XX)(State) I declare under penalty of perjury under the laws of the State of California that the
10 above is true and correct.
11        Executed on December 17, 2019, at Santa Ana, California.
12
13
14                                                    JARRICK GOLDHAMER
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

c:\l\dehate, david\discovery\proof of service -