STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:  sforman@tharpe-howell.com**
**E-Mail:  drivera@tharpe-howell.com**

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

DAVID DEHATE

               Plaintiff,

v.

LOWE'S HOME CENTERS, LLC;
LOWE'S COMPANIES, INC; JOSH
DOE, and DOES 1 TO 100,

               Defendants.

Case No.:  5:19-cv-02505 JGB (SPx)

[*Riverside County Superior Court Case No.: MCC1901302*]

**JOINT NOTICE OF SETTLEMENT**

[Assigned to Hon. Jesus G. Bernal, District Judge; Hon. Sheri Pym, Magistrate Judge]

///
///
///
///
///
///
///
///
///
///

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1

**TO THE COURT:**

2

As required by Local Rule 16-15.7(a), counsel jointly submit this Notice of

3

Settlement to notify the Court that the parties have reached a settlement agreement in

4

this litigation.

5

6    Dated: November 6, 2020                    LAW OFFICES OF RICHARD A.
                                                JONES
7

8                                               By: _____
9                                               RICHARD A. JONES, ESQ.
                                                JARRICK S. GOLDHAMER. ESO.
10                                              Attorneys for Plaintiff,
                                                DAVID DEHATE
11

12

13    Dated: January 19, 2021                   THARPE & HOWELL, LLP

14
                                                */s/ Diana M. Rivera*
15                                              By: _____
16                                              STEPHANIE FORMAN
                                                DIANA M. RIVERA
17                                              Attorneys for Defendant,
                                                LOWE'S HOME CENTERS, LLC
18

19

20

21

22

23

24

25

26

27

28

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
**JOINT NOTICE OF SETTLEMENT**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**JOINT NOTICE OF SETTLEMENT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Richard A. Jones, Esq.<br>Jarrick S. Goldhamer. Esq.<br>LAW OFFICES OF RICHARD A. JONES<br>1820 E. 17th Street<br>Santa Ana, CA  92705<br>Tel: 714-480-0200; 714-480-0423<br>jarrick@ricjoneslegal.com<br>ric@ricjoneslegal.com | Attorneys for Plaintiff, DAVID DEHATE |

5._X_ a. **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed during the Coronavirus (Covid-19) pandemic and pursuant to Fed.R.Civ.P.Rule 5., this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6.    I served the documents by the means described in item 5 on (date):  ****

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | | |
|---|---|---|
| 1/19/2021 | Belinda A. Porras | *Belinda A. Porras* |
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\31000-000\31118\Pleadings\Federal\Joint Notice of Settlment.docx

**JOINT NOTICE OF SETTLEMENT**

DeHate V. Lowe's Home Centers, LLC
Case No.:  5:19-cv-02505 JGB (SPx)

*THARPE & HOWELL, LLP*
*15250 Ventura Boulevard, Ninth Floor*
*Sherman Oaks, California 91403-3221*