UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DAVID DEHATE<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC; LOWE'S COMPANIES, INC; JOSH DOE, and DOES 1 TO 100,<br><br>　　　　　Defendants. | Case No.: 5:19-cv-02505 JGB (SPx)<br><br>[*Riverside County Superior Court Case No.: MCC1901302*]<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Assigned to Hon. Jesus G. Bernal, District Judge; Hon. Sheri Pym, Magistrate Judge] |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, DAVID DEHATE is hereby dismissed in its entirety, with prejudice.

Dated: October 14, 2021          By: _____
　　　　　　　　　　　　　　　　　Jesus G. Bernal, U.S. District Judge

- 1 -
**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**

DeHate V. Lowe's Home Centers, LLC
Case No.: 5:19-cv-02505 JGB (SPx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Richard A. Jones, Esq.<br>Jarrick S. Goldhamer. Esq.<br>LAW OFFICES OF RICHARD A. JONES<br>1820 E. 17th Street<br>Santa Ana, CA  92705<br>Tel: 714-480-0200; 714-480-0423<br>jarrick@ricjoneslegal.com<br>ric@ricjoneslegal.com | Attorneys for Plaintiff, DAVID DEHATE |

5. _X_  a. **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed during the Coronavirus (Covid-19) pandemic and pursuant to Fed.R.Civ.P.Rule 5., this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on (date):  ****

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 10/7/2021 | Belinda A. Porras | *Belinda A. Porras* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\31000-000\31118\Pleadings\Federal\[Proposed] Order re Voluntary Dismissal.docx

- 2 -

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**

DeHate V. Lowe's Home Centers, LLC
Case No.:  5:19-cv-02505 JGB (SPx)